IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EURO MOTORCARS GERMANTOWN, INC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-7614 |
| MANHEIM REMARKETING, INC., Et al., | : | |
| Defendants | : | |

**ORDER**

AND NOW this 24th day of FEBRUARY, 2015, upon careful and independent consideration of the pleadings of the parties and the Report and Recommendation of Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Defendant Nader Amirkabirian's Motion to Dismiss the Crossclaim of Vicky Manchester is GRANTED IN PART and DENIED IN PART.

    a. The Motion is GRANTED as to the Crossclaim for Indemnification, and that Crossclaim is DISMISSED WITH PREJUDICE.

    b. The Motion is DENIED as to the Crossclaims for Fraudulent Misrepresentation and Contribution.

SO ORDERED.

HON. JEFFREY L. SCHMEHL
U.S. District Court Judge