IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EURO MOTORCARS GERMANTOWN, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION<br>NO. 13-7614 |
| MANHEIM REMARKETING, INC., VICKY MANCHESTER, MAZ COMPANY and NADER AMIRKABIRIAN, | |
| Defendants. | |

## ORDER

**AND NOW**, this 3rd day of March, 2015, upon consideration of the Motion to Dismiss Count Five of the Amended Complaint (Docket No. 48) filed by Defendant, Manheim Remarketing, Inc., Plaintiff's response thereto, and Defendant Manheim Remarketing Inc.'s Reply, and upon consideration of the Report and Recommendation of the Honorable Richard A. Lloret, Plaintiff's objections thereto and Defendant Manheim Remarketing Inc.'s response, and upon careful and independent consideration of the pleadings in this matter, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of the Honorable Richard A. Lloret is **APPROVED** and **ADOPTED**; and

2. Defendant, Manheim Remarketing, Inc.'s Motion to Dismiss Count Five of the Amended Complaint (Docket No. 48) is **DENIED**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**Jeffrey L. Schmehl, J.**